**SAVANTAGE FINANCIAL SERVICES,**
**INC., Plaintiff–Appellant**

**v.**

**UNITED STATES, Defendant–Appellee**

**2016–1145**

United States Court of Appeals,
Federal Circuit.

August 16, 2016

SCOTT F. LANE, Thompson Coburn LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by TIMOTHY F. NOELKER; KATHERINE S. NUCCI, Washington, DC.

WILLIAM JAMES GRIMALDI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE, EMMA BOND; ROSE ANDERSON, Office of Gen-

eral Counsel, United States Department of Homeland Security, Washington, DC.

Newman, Lourie, and O'Malley, Circuit Judges

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**